**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|   |   |
|---|---|
| Allan U. Sobol,<br><br>        Plaintiff,<br><br>v.<br><br>Linda Grau, et al.,<br><br>        Defendants. | No. CV-07-937-PHX-SMM<br><br>**ORDER** |

Before the Court is Plaintiff Allan U. Sobol's ("Plaintiff") "Motion to Preclude and Disqualify Attorney General" (Dkt. 8). Plaintiff seeks to preclude and disqualify the Arizona Attorney General's office from representing the Defendants in this action. In support of his motion, Plaintiff cites Arizona Revised Statute § 41-192.02(A), which states as follows:

> The attorney general in his discretion is authorized to represent an officer or employee of this state against whom a civil action is brought in his individual capacity until such time as it is established as a matter of law that the alleged activity or events which form the basis of the complaint were not performed, or not directed to be performed, within the scope or course of the officer's or employee's duty or employment.

A.R.S. § 41-192.02(A).

Plaintiff asserts that, because the Complaint alleges that Defendants acted outside the scope of their employment, the Attorney General's office has no authority to represent Defendants. Plaintiff misreads the above statute by

1 substituting "alleges" for "established." (See Mot. at 2:25-3:2.)  Thus, in Plaintiff's view,
2 his <u>allegations</u> that Defendants acted outside the scope of their employment precludes and
3 disqualifies the Attorney General's office.  As shown by the text of the statute, Plaintiff is
4 mistaken.  Plaintiff's mere allegations being insufficient to establish as a matter of law
5 that the alleged activities occurred outside the scope or course of Defendants' duties or
6 employment, representation of Defendants remains in the Attorney General's discretion.
7 Plaintiff's motion will therefore be denied.

       Accordingly,

**IT IS HEREBY ORDERED** denying Plaintiff's Motion to Preclude and Disqualify Attorney General (Dkt. 8).

DATED this 2nd day of June, 2008.

_____
Stephen M. McNamee
United States District Judge